IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ADRIAN KEVIN CAMPBELL, #63270-019                                                  PETITIONER

v.                                                                        CIVIL NO. 3:23-cv-3099-HTW-LGI

DEPARTMENT OF HOMELAND SECURITY
and U.S. CITIZENSHIP AND IMMIGRATION
SERVICES                                                                                          RESPONDENTS

FINAL JUDGMENT

In accordance with the Court's Order entered this date, this civil action is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED AND ADJUDGED**, this the 27th day of March, 2024.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE